**FILED**

07/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0279

## IN THE SUPREME COURT OF THE STATE OF MONTANA

Case Number DA 20–0279

DANA ROLAN, on her own behalf and on )
    behalf of the class she represents, )
    *Plaintiffs/Appellees* )
vs. )
    )
NEW WEST HEALTH SERVICES, )
DARWIN SELECT INSURANCE )
COMPANY and ALLIED WORLD )
ASSURANCE COMPANY and DARWIN )
NATIONAL ASSURANCE COMPANY, )
    *Defendants/Appellants* )
_____ )
    )
ALLIED WORLD ASSURANCE )
COMPANY, )
    Counterclaimant/Appellant )
vs. )
    )
DANA ROLAN, on her own behalf and on )
behalf of the class she represents, )
    Counterdefendants/Appellees )
_____ )

**ORDER GRANTING
30-DAY EXTENSION**

Pursuant to M.R.App.P. 26(1) and upon Uncontested Motion of Appellant

for an extension of time to file its Brief, and there being no objection from

Appellee, IT IS HEREBY ORDERED that Appellant is are granted a thirty-day

extension, up to and including August 26, 2020, within which to file the Opening Brief.

Dated this 13th day of July, 2020.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2020